IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 2401 WALNUT, L.P. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN EXPRESS TRAVEL | : | |
| RELATED SERVICES COMPANY | : | NO.   07-1281 |

**O R D E R**

AND NOW, this 27th day of August, 2009, at the joint request of the parties, it is hereby **ORDERED** that:

(1) The deadline for completing fact-based discovery is extended to November 2, 2009.

(2) The telephone conference call, which was scheduled to occur on September 2, 2009 at 3:30 p.m., is postponed and will now be held on November 2, 2009 at 4:00 p.m.  The purpose of this conference call will be to discuss the status of this matter and the scheduling of additional pretrial deadlines.  Counsel for Plaintiff is to initiate the November 2, 2009 conference call.

BY THE COURT:

 S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Robert N.C. Nix Federal Building
900 Market Street, Suite 211
Philadelphia, PA  19107

**Chambers of**
**M. FAITH ANGELL**                    P:  (215) 597-6079
United States Magistrate Judge         F:  (215) 580-2165

*FAX / MAIL COVER SHEET*

**CASE NO.**   07-1281                 **DISTRICT COURT JUDGE:** LHP

**TODAY'S DATE**: August 27, 2009      **LAW CLERK'S INITIALS**: JJK

**VIA FAX:**

| NAME | FAX NUMBER |
|---|---|
| (1)  Christian S. Bruno, Esq./John J. Reyle, Esq. | 215-735-2513 |
| (2)  Scott B. Murray, Esq./David W. Kiefer, Esq. | 973-643-6500 |
| (3)  Gabriel Fischbarg, Esq. | 212-401-4949 |