# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 2401 WALNUT, L.P.,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>      Defendant. | Civil Action<br>No. 07-1281 |

## ORDER

**AND NOW**, this 7th day of March, 2011, for the reasons set forth in the accompanying opinion, it is **ORDERED** that:

1. Plaintiff 2401 Walnut L.P.'s cross-motion for partial summary judgment (Docket No. 119) is **DENIED** in its entirety; and

2. Defendant American Express Travel Related Services Company, Inc.'s motion for partial summary judgment (Docket No. 116) is **DENIED** in part and **GRANTED** in part in accordance with the accompanying opinion.

            BY THE COURT:

            /s/ Louis H. Pollak
            Pollak, J.